

**FILED**

JUN 2 5 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| DANIEL FRONTCZAK,<br><br>                    Plaintiff,<br><br>vs.<br><br>CONTINENTAL RESOURCES, INC.,<br><br>                    Defendant. | No. CV 11-75-BLG-SEH<br><br>**ORDER** |

On June 6, 2013, United States Magistrate Judge Carolyn Ostby entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

---

[1] Docket No. 86.

Upon review, I find no clear error in Magistrate Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

Plaintiff's Motion for Summary Judgment[2] is DENIED.

DATED this 25th day of June, 2013.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Document No. 51.