

FILED
JUL 18 2013
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| DANIEL FRONTCZAK, | CV 11-75-BLG-SEH |
| Plaintiff, | ORDER |
| vs. | |
| CONTINENTAL RESOURCES, INC., | |
| Defendant. | |

United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendations on June 6, 2013.[1] Petitioner filed objections on June 20, 2013,[2] to which Defendant responded on July 12, 2013.[3] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 86.

[2] Document No. 89.

[3] Document No. 96.

Upon *de novo* review of the record, and full consideration of the objections, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Frontczak's motion for summary judgment[4] that "Continental owed a contractual non-delegable duty to maintain and ensure the safety of the Big Sky Well No. 3-35H and that Continental breached that duty thereby causing Plaintiffs injuries" is DENIED.

DATED this 18th day of July, 2013.

SAM E. HADDON
United States District Judge

---

[4] Document No. 51.